

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date  10/17/18

Dorothy Brown, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  18cv6630
USDC Case Number:  Westfield Insurance Company v. Liberty Mutual Insurance Company et al
Circuit Court Case Number:  18CH10012

Dear Clerk:

A certified copy of an order entered on 10/16/18 by the Honorable Thomas M. Durkin, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

> Sincerely yours,
> Thomas G. Bruton, Clerk
>
> By: /s/ Anya Ellis
>       Deputy Clerk

Enclosure(s)

Rev. 10/05/2016